<u>**CIVIL CAUSE FOR INITAL CONFERENCE**</u>

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 27 2018 ★

LONG ISLAND OFFICE

**<u>BEFORE: JUDGE FEUERSTEIN</u>**

<u>**DATE**</u>: July 27, 2018          <u>**TIME**</u>: 10:45 am (30 minues)

<u>**CASE NUMBER**</u>:   2:18-cv-03343-SJF-ARL

<u>**CASE TITLE**</u>:   Taperell v. Tegan Lighting, Inc. et al

<u>**PLTFFS ATTY**</u>:   Lawrence Beckenstein
           X  present           ___ not present

<u>**DEFTS ATTY**</u>:   Michael Goettig
           X  present           ___ not present

<u>**COURT REPORTER**</u>: _____   <u>**COURTROOM DEPUTY**</u>: Jim Toritto

<u>**OTHER**</u>: _____

 X   CASE CALLED.

 _   ARGUMENT HEARD / CONT'D TO _____.

 _   DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

<u>**OTHER**</u>: The defendants' anticipated motion to dismiss is respectfully referred to the Magistrate Judge for an R&R.  A status conference is scheduled for 11/29/18 at 11:15 am before Judge Feuerstein.